UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A., through her guardian,<br><br>  Plaintiff,<br><br>  v.<br><br>HOLLISTER SCHOOL DISTRICT,<br><br>  Defendant. | Case No. 15-cv-03800 NC<br><br>**ORDER TO MAKE INITIAL DISCLOSURES**<br><br>Re: Dkt. No. 34 |

In their case management statement filed February 25, 2016, the parties report that they have not made their initial disclosures because "no protective order has been issued." Dkt. No. 34 at 7. Yet the parties fail to explain why they have not moved for a protective order, which by the Court's case management order was due by December 18, 2015. Dkt. No. 28.

Accordingly, the parties are ordered to confer and to either jointly propose and file a protective order, or to file separate proposed protective orders, by March 4, 2016. By March 11, 2016, the parties must make their initial disclosures required by Rule 26.

**IT IS SO ORDERED.**

Dated:  February 29, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 15-cv-03800 NC