UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. A.,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>HOLLISTER SCHOOL DISTRICT, et al.,<br><br>　　　　　　Defendants. | Case No.15-cv-03800-NC<br><br>**ORDER REQUIRING STATUS REPORT BY JULY 22** |

The Court acknowledges that the parties have reached a settlement in this matter contingent upon further approval. Dkt. No. 44. The Court declines to vacate all deadlines in the case. The parties must submit a joint status report by July 22 if no request for dismissal is filed. All other dates remain in place.

**IT IS SO ORDERED.**

Dated: May 26, 2016　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No.15-cv-03800-NC